JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| AT&T ADVERTISING, LP, | Case No. SACV12-0291 AG (ANx) |
|---|---|
| Plaintiff, | Removed Case No. 30-2010-541334 (Orange County Superior Court) |
| vs. | **ORDER ON STIPULATION TO REMAND CASE TO STATE COURT** |
| AAA LOCKSMITHS, a business entity form unknown, YUVAL HARPAZ, an individual, and DOES 1 through 20, inclusive, | |
| Defendants. | **[28 U.S.C. § 1446]** |

1  Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this
2  action is remanded to the California Superior Court, County of Orange.  Defendants
3  shall have thirty (30) days from confirmation of remand to the Superior Court to file
4  a response to the complaint.

6  DATED:    March 09, 2012    _____
   Judge of the U.S. District Court
7  Andrew J. Guilford